No. 66420.—Thornley & Pitt and C. J. Hendry & Co. v. United States, protests 59/13400, 59/18017, and 59/18829 (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of seine and purse seine nets made of nylon or manryo similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiffs was sustained.